IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN BYLSMA and JACQUELINE BYLSMA,** | : | CIVIL ACTION NO. 1:05-CV-1021 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **WATTS WATER TECHNOLOGIES,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 13th day of December, 2005, upon consideration of plaintiff's motion to compel (Doc. 16) discovery requests, and of a telephone conference held on this date with counsel for the parties, and it appearing that counsel did not properly pursue an amicable resolution of the discovery issues or bring the matter to the attention of the court prior to filing the instant motion, (see Doc. 8, ¶ 5(b)) ("In the event that discovery disputes arise and are not resolved after counsel attempt in good faith to do so, the matter shall be brought before the court by way of a telephone conference rather than through the filing of formal motions."), it is hereby ORDERED that the motion to compel (Doc. 16) is STRICKEN from the record.

   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge