## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN BYLSMA and JACQUELINE BYLSMA,** | : | **CIVIL ACTION NO. 1:05-CV-1021** |
| | : | |
| Plaintiffs | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **WATTS WATER TECHNOLOGIES,** | : | |
| | : | |
| Defendant | : | |

-------------------------------------------------------------------------

| | | |
|---|---|---|
| **JOHN BYLSMA and JACQUELINE BYLSMA,** | : | **CIVIL ACTION NO. 1:06-CV-1288** |
| | : | |
| Plaintiffs | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **SUBURBAN ENERGY SERVICES and AGWAY ENERGY PRODUCTS,** | : | |
| | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 5th day of September, 2006, upon consideration of plaintiff's motion to consolidate (Doc. 26), filed in the case docketed as Civil Action No. 1:05-CV-1021, and it appearing that the above-captioned actions involve the same plaintiffs, arise from the same underlying events and involve common questions of fact and law, see FED. R. CIV. P. 42(a), it is hereby ORDERED that:

1. The motion to consolidate (Doc. 26), filed in the case docketed as Civil Action No. 1:05-CV-1021, is GRANTED.

    a. The above-captioned cases are CONSOLIDATED for all purposes.

    b.      The Clerk of Court is directed to CONSOLIDATE the case docketed as Civil Action No. 1:06-CV-1288 into the case docketed as Civil Action No. 1:05-CV-1021 and to CLOSE the case docketed as Civil Action No. 1:06-CV-1288.

2.      All future documents filed in this consolidated case shall be filed under the case docketed as Civil Action No. 1:05-CV-1021.

3.      All parties in the consolidated case shall meet and confer and file a proposed joint case management plan on or before October 3, 2006.


                                                  S/ Christopher C. Conner  
                                                  CHRISTOPHER C. CONNER  
                                                  United States District Judge