IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN BYLSMA and JACQUELINE BYLSMA,** | : | **CIVIL ACTION NO. 1:05-CV-1021** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | **CONSOLIDATED** |
| | : | |
| **WATTS WATER TECHNOLOGIES and AGWAY ENERGY PRODUCTS,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 6th day of December, 2006, upon consideration of the motion for partial judgment on the pleadings (Doc. 34), filed by defendant Agway Energy Products ("Agway"), and of the correspondence from counsel for Agway dated December 5, 2006 and addressed to the attention of the court, indicating that all aspects of the above-captioned case involving Agway have been amicably resolved, it is hereby ORDERED that:

1. The Clerk of Court is directed to DOCKET the correspondence dated December 5, 2006 as a letter.

2. The motion (Doc. 34) for partial judgment on the pleadings is DENIED as moot.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge